**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA

v.

CASE NO.: 2:25-mj-40

FACUNDO GREGORIA-GONZALEZ,

Defendant.

**O R D E R**

This matter is before the Court on the Government's Motion for Order of Dismissal. Doc. 18.  Defendant has been indicated in case number 2:26-cr-3 for the same conduct.  After careful consideration and for good cause shown, the Government's Motion is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that the Complaint filed in this case as to Defendant Facundo Gregoria-Gonzalez is hereby **DISMISSED**.

**SO ORDERED**, this 11th day of February, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA